UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | NO. 3:12-CV-94 |
| | ) | |
| REAL PROPERTY LOCATED AT | ) | |
| 304 RODDY LANE, HARRIMAN, | ) | |
| TENNESSEE 37748 | ) | |

## REPORT AND RECOMMENDATION

The claimant in this *in rem* forfeiture action, Ralph T. O'Neal, III, has filed a Motion [Doc. 21] to proceed *in forma pauperis*. The Motion has been referred to this Magistrate Judge for a report and recommendation [Doc. 22].

Claimant was a defendant in the underlying criminal case which led to the filing of this *in rem* action, No. 3:08-CR-107. In that criminal action, he was found to be indigent and counsel was appointed for him. Claimant is currently jailed at the Roane County Detention Center, has no assets, and has a $3,484 delinquent medical bill at a Knoxville hospital.

The undersigned finds that the claimant is indigent, and respectfully recommends that the Motion [Doc. 21] to proceed *in forma pauperis* be GRANTED.

SO ORDERED:

s/ Dennis H. Inman
UNITED STATES MAGISTRATE JUDGE