UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:12-CV-94-PLR-DHI |
| | ) | |
| | ) | |
| REAL PROPERTY LOCATED AT | ) | |
| 304 RODDY LANE, HARRIMAN, | ) | |
| TENNESSEE  37748, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on the Report and Recommendation filed by United States

Magistrate Judge, Dennis H. Inman [R. 23].  There have been no timely objections to the Report

and Recommendation, and enough time has passed since the filing of the Report and

Recommendation to treat any objections as having been waived.  *See* 28 U.S.C. § 636(b)(1);

Fed.R.Civ.P. 72(b).

After a careful review of this matter, the Court is in complete agreement with the

Magistrate Judge's conclusion that the claimant, Ralph T. O'Neal, III, is indigent, and that his

motion for leave to appeal *in forma pauperis* be granted. Accordingly, the Court **ACCEPTS IN**

**WHOLE** the Report and Recommendation under 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b).  It

is **ORDERED,** for the reasons stated in the Report and Recommendation, which the Court

adopts and incorporates into its ruling, that claimant Ralph T. O'Neal, III's motion for leave to

appeal *in forma pauperis* [Doc. 22] is hereby **GRANTED**.

       **IT IS SO ORDERED.**

       Enter:

                                _____
                                UNITED STATES DISTRICT JUDGE